IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN HARRIS,

Plaintiff, No. CIV S-09-1817 DAD P

vs.

C. REYNOLDS, et al.,

Defendants. ORDER

______________________________/

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, and an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

A review of the court's records reveals that on numerous occasions prior to the filing of this action, plaintiff filed lawsuits that were dismissed on the grounds that they were frivolous or failed to state a claim upon which relief may be granted.[1] The most recent dismissals of this nature were in Harris v. Edmonds, No. CIV F-00-5857 OWW LJO (Order filed Nov. 27, 2000, dismissing action for failure to state a claim upon which relief may be granted); Harris v. Edmonds, No. CIV F-00-7160 REC SMS (Order filed May 28, 2002, dismissing action for

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

failure to state a claim); and Harris v. Pliler, No. CIV S-01-1125 WBS DAD (Order filed Mar. 15, 2002, dismissing action for failure to state a claim). All of those actions were filed when plaintiff was incarcerated in state prison and each he was granted leave to proceed in forma pauperis.

A prisoner may not bring a civil action or appeal a civil judgment under the in forma pauperis statute

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Because plaintiff has on three or more occasions brought an action that was dismissed for failure to state a claim upon which relief may be granted, he will be ordered to show cause why his application for leave to proceed in forma pauperis should not be denied pursuant to 28 U.S.C. § 1915(g), or to pay the filing fee of $350.00.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall show cause why his application to proceed in forma pauperis should not be denied pursuant to 28 U.S.C. § 1915(g), or in the alternative, plaintiff shall pay the $350.00 filing fee. Plaintiff's failure to comply with this order will result in the dismissal of this action.

DATED: March 22, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
harr1817.osc